# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

157813-5

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 157813
COA: 339543
Oakland CC: 1990-097706-FC

JESSIE HAYES,
　　　　　Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC: 157814
COA: 339544
Oakland CC: 1988-083715-FC

DONYELLE MICHAEL BLACK,
　　　　　Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC: 157815
COA: 339547
Oakland CC: 1987-078538-FC

JEMAL TIPTON,
　　　　　Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the March 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk

t0418